IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30689
Conference Calendar
_____

STEVEN J. DREW,

Plaintiff-Appellant,

versus

PHILLIP CARMOUCHE,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. CA-95-189
- - - - - - - - - -
(October 17, 1995)

Before POLITZ, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

PER CURIAM:[*]

Federal courts lack "the general power to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties where mandamus is the only relief sought." Moye v. Clerk, De Kalb County Superior Court, 474 F.2d 1275, 1276 (5th Cir. 1973). Because Steven J. Drew has requested mandamus relief only, the district court properly dismissed the action for lack of jurisdiction.

AFFIRMED.

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.